Request for Jurisdiction Transfer
Name of Offender: Frida E. Ugarte

October 19, 2026
5:25-PO-00603-SP

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* 5:25-PO-00603-SP | | |
| DOCKET NUMBER *(Rec. Court)* 2:26-cr-00239 | | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Ms. Frida E. Ugarte<br>Las Vegas, Nevada 89169 | DISTRICT<br>Central of California | DIVISION<br>Western |
| | NAME OF SENTENCING JUDGE<br>Sheri Pym | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM January 14, 2025 — TO January 13, 2026 |

OFFENSE
CVC Sec. 23103.5, 18 USC § 13: "Wet" Reckless Driving (Count 3)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Frida E. Ugarte resides in the District of Nevada and has no plans to relocate to the Central District of California. Ms. Ugarte was arrested for Domestic Battery on September 15, 2026.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 19, 2026
*Date*

[signature]
*Sheri Pym, United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF ____________

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/23/2026
*Effective Date*

[signature]
*United States District Judge*